UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SHASTA LATISHA SMITH,

    Plaintiff,

                                          Case No. 10-14255
v.                                       Hon. Lawrence P. Zatkoff

MACOMB, COUNTY OF,
MARTHA T. BERRY, and
LAURA BRUNDIRKS,

    Defendants.

_____/

**OPINION AND ORDER**

        Plaintiff filed her complaint in federal district court on October 22, 2010. Plaintiff also filed an application to proceed *in forma pauperis*. After reviewing Plaintiff's application to proceed *in forma pauperis,* on November 4, 2010, the Court issued a show-cause order. The show-cause order asked Plaintiff why the Court "should grant Plaintiff's application to proceed *in forma pauperis* when Plaintiff is represented by counsel." On November 15, 2010, Plaintiff filed a timely response to the Court's show cause order, indicating why she believed the Court should grant her application. The Court denied Plaintiff's application to proceed *in forma pauperis* because she failed to provide any legal authority to support her argument that the Court should grant an application for *in forma pauperis* when she is represented by counsel.

        Plaintiff now appears before the Court on a motion for leave to proceed on appeal *in forma pauperis* (Docket #10). The present motion, like the previous application to proceed *in forma pauperis*, was filed by an attorney representing Plaintiff. In the present motion, Plaintiff indicates that the attorney representing her is doing so on a pro bono basis. As such, Plaintiff states that she

believes that she is entitled to proceed *in forma pauperis* in this action. Once again, however, Plaintiff has provided the Court with absolutely no legal authority that supports her position. Accordingly, the Court DENIES Plaintiff's motion for leave to proceed on appeal *in forma pauperis* (Docket #10).

      IT IS SO ORDERED.

                                            S/Lawrence P. Zatkoff
                                            LAWRENCE P. ZATKOFF
                                            UNITED STATES DISTRICT JUDGE

Dated: March 30, 2011

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of this Order was served upon the attorneys of record by electronic or U.S. mail on March 30, 2011.

                                            S/Marie E. Verlinde
                                            Case Manager
                                            (810) 984-3290